UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YENSY CONTRERAS,
                       Plaintiff,

            -against-

CRYE PRECISION LLC,
                       Defendant.
------------------------------------------------------------X

22 Civ. 58 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 31, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is currently scheduled for March 23, 2022, at 4:00 P.M.;

WHEREAS, Defendant Crye Precision LLC has not appeared, and Plaintiff has not filed proof of service on the docket;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 21, 2022**, at **noon**. If Plaintiff has not been in communication with Defendants, Plaintiff shall file a status letter regarding Plaintiff's efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **March 21, 2022**, at **noon**.

Dated: March 18, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                     **UNITED STATES DISTRICT JUDGE**