UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YENSY CONTRERAS,
                       Plaintiff,

             -against-

CRYE PRECISION LLC,
                       Defendant.
------------------------------------------------------------X

22 Civ. 58 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for **April 20, 2022**;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the April 20, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 14, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE